The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Y-TEX CORPORATION,<br><br>      Plaintiff,<br><br>vs.<br><br>SCHENKER, INC.,<br><br>      Defendant.<br>_____<br>SCHENKER, INC.,<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>M/V WESTFALIA EXPRESS, her engines, tackle, boilers, etc., HAPAG-LLOYD (AMERICA) INC., and HAPAG-LLOYD AKTIENGESELLSCHAFT,<br><br>      Third-Party Defendants. | Case No. 2:10-CV-01264-RSL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO AMEND PLEADINGS AND FOR EXPERT DISCLOSURES**<br><br>**Note for Motion Calendar: Wednesday, June 8, 2011** |

  The parties respectfully request that the June 8, 2011, deadlines to amend pleadings and to exchange expert witness reports be extended to September 8, 2011, to allow the parties sufficient time to prepare once the Court has issued its rulings on Third Party Defendant Hapag-Lloyd's Motion to Dismiss (Dkt. No. 29) and Defendant Schenker's Motion for Partial Summary Judgment (Dkt. No. 48). The
Case No.: 2:10-CV-01264-RSL
STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES TO AMEND PLEADINGS
AND FOR EXPERT DISCLOSURES - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

parties also request that the August 7, 2011 deadline to complete discovery be extended to November 7, 2011, to accommodate the requested expert disclosure deadline. The requested extensions are not intended to affect any other case deadlines, including the trial date.

Respectfully Submitted:

| KEESAL YOUNG & LOGAN | NICOLL BLACK & FEIG, PLLC |
|---|---|
| /s/ Molly J. Henry<br>Philip R. Lempriere, WSBA No. 20304<br>Molly J. Henry, WSBA No. 40818<br>Keesal, Young & Logan<br>1301 Fifth Ave., Suite 1515<br>Seattle, WA 98101<br>Tel: (206) 622-3790<br>Fax: (206) 343-9529<br>Attorneys for Defendant<br>Hapag-Lloyd Inc. | /s/ Christopher W. Nicoll (by agreement)<br>Christopher W. Nicoll, Esq.<br>Puget Sound Plaza<br>1325 Fourth Avenue, Suite 1650<br>Seattle, WA 98101<br>Tel: (206) 838-7555<br>Attorneys for Plaintiff |
| FOSTER PEPPER PLLC<br><br>/s/ Steven W. Block (by agreement)<br>Steven W. Block, WSBA No. 24299<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101-3299<br>Phone: 206-447-7273<br>E-mail: sblock@foster.com<br>Attorneys for Defendant Schenker Inc. | |

It is so ORDERED.

Done in open court this 9th day of June, 2011.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge

Case No.: 2:10-CV-01264-RSL
STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES TO AMEND PLEADINGS
AND FOR EXPERT DISCLOSURES - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790